# United States Court of Appeals

## For the First Circuit

No. 05-1725

UNITED STATES OF AMERICA,

Appellant,

v.

COREY SMITH,

Defendant, Appellee.

ERRATA

The opinion of this court issued on April 7, 2006, is amended as follows:

On page 5, footnote 2, last line: Replace the citation "§ 3553(2)(A)-(D)." with the citation "§ 3553(a)(2)(A)-(D).".